UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle Robertson                    , | Case No. 4:23-cv-05817-HSG |
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** |
| La Clinica de La Raza, Inc.          , | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, /s/ Shundra C. Manning____, an active member in good standing of the bar of Tennessee _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: La Clinica de La Raza, Inc._____ in the above-entitled action. My local co-counsel in this case is Tish R. Pickett_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 331089_____.

| | |
|---|---|
| 501 Commerce Street, Suite 1300<br>Nashville, TN 37203 | 2049 Century Park East, Suite 2900<br>Los Angeles, California 90067 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (615) 259-1535 | (310) 556-1801 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| scmanning@polsinelli.com | tpickett@polsinelli.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 036776_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: __December 22, 2023__                     __/s/ Shundra C. Manning_____
                                                    APPLICANT

5

6  ═══════════════════════════════════════════════════════════════

7

8                    ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of __/s/ Shundra C. Manning___ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____12/27/2023_____

16

17  _____
     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                                      2

# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Shundra Nicole Crumpton (Manning)

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 6, 2018, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 14th day of November, 2023.

James M. Hivner
Clerk of the Supreme Court of Tennessee

Donna Gilmore, D.C.