ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-6748
    molly.friend@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHELLE ROBERTSON, as parent for minor child S.R., individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

LA CLINICA DE LA RAZA, INC.,

    Defendant.

Case No. 23-CV-05817-HSG

**ORDER GRANTING EXTENSION FOR TIME TO REPLY**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline to file a Reply in support of the United States' Motion to Remand is continued to January 5, 2024.

DATED: _____12/28/2023_____      _____/s/ Haywood S. Gilliam, Jr._____
                                             JUDGE HAYWOOD S. GILLIAM, JR.