ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE ROBERTSON, as parent for minor child S.R., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LA CLINICA DE LA RAZA, INC.,<br><br>    Defendant. | Case No. 23-CV-05817-HSG<br><br>**ORDER GRANTING CONTINUATION OF BRIEFING SCHEDULE ON MOTION TO SUBSTITUTE THE UNITED STATES** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline to file an opposition to the Motion to Substitute (Dkt. No. 21) is continued to January 19, 2024. The deadline to file a reply is continued to January 26, 2024.

DATED: 1/5/2024

_____
JUDGE HAYWOOD S. GILLIAM, JR.