**POLSINELLI LLP**
TISH R. PICKETT (SBN: 331089)
tpickett@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

MARK A. OLTHOFF (MO: 38572)
(*Admitted Pro Hac Vice*)
molthoff@polsinelli.com
900 W. 48th Place Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536

SHUNDRA C. MANNING (TN: 036776)
(*Admitted Pro Hac Vice*)
scmanning@polsinelli.com
501 Commerce Street, Suite 1300
Nashville, TN 37203
Telephone: (615) 259-1510
Facsimile: (615) 658-9647

*Attorneys for Defendant La Clínica de La Raza, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE ROBERTSON, as parent for minor child S.R., individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LA CLINICA DE LA RAZA, INC.,<br><br>Defendant. | Case No. 3:23-cv-05817<br><br>**STIPULATION AND ORDER TO CONTINUE LA CLÍNICA DE LA RAZA, INC.' ANSWER DEADLINE**<br><br>Case Removed:   November 10, 2023<br>Complaint Filed:   September 18, 2023<br>Trial Date:   None Set |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-3, Plaintiff Michelle Robertson, as parent for minor child S.R., individually, and on behalf of all others similarly situated, and Defendant La Clínica de La Raza, Inc. ("La Clínica") hereby submit the below Stipulation and Proposed Order to continue La Clínica's deadline to answer or otherwise respond to the Class Action Complaint.

Currently pending before this Court are La Clínica's Motion to Substitute the United States (Doc. 21) and non-party United States's Motion to Remand (Doc. 12). Plaintiff and La Clínica believe it is in the best interest to extend La Clínica's deadline to answer or otherwise respond to the Class Action Complaint until a determination is made regarding whether this Court has jurisdiction. The parties therefore agree to extend La Clínica's deadline to answer or otherwise respond to the Class Action Complaint to twenty (20) days after a ruling on non-party United States's Motion to Remand. Neither party will be prejudiced by the relief sought herein.

Respectfully submitted,

DATED:  April 8, 2024                         POLSINELLI LLP


 /s/* Mark Olthoff
MARK OLTHOFF

*Attorney for Defendant La Clinica de La Raza, Inc.*

DATED:  April 8, 2024                         COLE & VAN NOTE


 /s/* Laura Van Note
LAURA VAN NOTE

*Attorney for Representative Plaintiff*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. La Clínica De La Raza, Inc.'s deadline to answer or otherwise respond to the Class Action Complaint is continued to twenty (20) days after a ruling on non-party United States's Motion to Remand.

DATED:  4/9/2024                         _____
JUDGE HAYWOOD S. GILLIAM JR.